UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| ANN TUM, **Plaintiff,** V. U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., **Defendants.** | CIVIL ACTION NO. 5:20-224-KKC <br><br> **MEMORANDUM ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the parties' joint motion to remand this matter to U.S. Citizenship and Immigration Services (USCIS) so that Plaintiff Ann Tum may be naturalized as a U.S. citizen. (DE 19). Accordingly, having reviewed the record and the parties' stipulations, the Court hereby ORDERS as follows:

1. The parties' joint motion to remand to USCIS (DE 19) is GRANTED;

2. Within 14 days of the date of entry of this order, USCIS SHALL issue a notice for naturalization ceremony to Ann Tum; and

3. Within 28 days of entry of this order, Plaintiff Ann Tum SHALL be naturalized as a citizen of the United States citizen, provided that the information on Form N-445 signed and dated by Ann Tum on January 25, 2021 and recently submitted to USCIS (*see* DE 18-2) is accurate and remains accurate through the date of her naturalization.

4. The Court SHALL retain jurisdiction to enforce this order.

5. All other pending motions (DE 15 & 16) are hereby DENIED as moot.

6. Each party SHALL bear their own costs and attorney fees.

Dated February 12, 2021

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY